FREDERICK METCALFE, Respondent, v. THE CITY OF ROCHESTER and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

ROGER ALEXANDER MILLAR and Others, Respondents, v. GRACE C. MILLAR, Individually and as Executrix, etc., Appellant.— Judgment affirmed, with costs. All concurred.

GEORGE SMALL, Respondent, v. SAMUEL PERRY FOX, Appellant.— Judgment and order affirmed, with costs. All concurred.

HUGO WITTMAN, Respondent, v. NORMAN A. MACDONALD, Appellant.— Judgment and order affirmed, with costs. New trial in Buffalo City Court to be held on the 14th day of May, 1919, at ten A. M. All concurred.

THE FRANK SHEPARD COMPANY, Appellant, v. ZACHARY P. TAYLOR PUBLISHING COMPANY and Another, Respondents.— Judgment affirmed, with costs. All concurred.

ALFRED CARVETH, an Infant, by THOMAS CARVETH, His Guardian ad Litem, Respondent, v. JOHN PAPLOW and Another, Doing Business under the Firm Name and Style of PAPLOW BROTHERS, Appellants.— Judgment and order affirmed, with costs. All concurred.

ALBERT WAHL, as Administrator, etc., Respondent, v. WEST SHORE RAILROAD COMPANY and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellants.— Judgment and order affirmed, with costs. All concurred.

C. B. WHITMORE COMPANY, Respondent, v. AUSTIN W. SUMMERS and Another, Appellants.— Judgment affirmed, with costs. All concurred.

W. H. RUSSELL, as Administrator, etc., Respondent, v. JOHN DOUGLAS PEDERSEN, and Others, Appellants.— Judgment reversed and new trial granted, with costs to appellants to abide event. Held, that while we are of the opinion that the Utah judgments are within the full faith and credit clause of the Federal Constitution, we think the plaintiff failed to make out a case for a recovery or affirmative relief against the defendant company; that the only evidence tending to prove a contract between the defendant Pedersen and the defendant company are the recitals in the judgment roll in the Utah action and the said company not having been a party to that action is not bound by such recitals and they furnish no evidence against the defendant company upon the subject of the making of the contract or the amount due thereon. All concurred; De Angelis, J., not sitting.

JAMES R. ALLEN, Respondent, v. THE TOWN OF FLORENCE, Appellant.— Judgment and order affirmed, with costs. All concurred.

WALTER LEMIESZ, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

CASUALTY COMPANY OF AMERICA, Appellant, v. A. L. SWETT ELECTRIC LIGHT AND POWER COMPANY, Respondent.— Judgment and order affirmed, with costs. All concurred, except Hubbs, J., who dissented and voted for reversal.